United States District Court

District Of Massachusetts

FILED
CLERK'S OFFICE

2010 JUL 19 P 1: 35

U.S. DISTRICT COURT
DISTRICT OF MASS

ATTACHMENT 1

Plaintiff's Name   Vasuki Periyaswamy                     Civil Action

34 Pinecrest Village, Hopkinton, MA -01748

V.

Defendant's Name   Comcast Internet Services             No. 10-11204 DPW-JGD

650 Centerton Rd, Moorestown, NJ - 08057

## COMPLAINT

Parties

1. The plaintiff is a resident of Hopkinton Town, Middlesex county, Massachusetts and a resident alien of United States
2. The defendant Comcast Internet Services is a business in United states and owned by a citizen of United states in Burlington County, New Jersey

Jurisdiction

3. The court has jurisdiction over this matter pursuant to 28 U.S.C section 1332

# Facts

The Statement of facts provided is for the invasion of privacy and illegal access to personal property and information being used for persistent criminal harassment.

4. On 12/19/2002, Comcast Cable Services entered into a contract with Declan Moore, whereby the Comcast cable service agreed to protect the privacy and security of the service Declan Moore had signed up, with account number 8773102760061764.
5. Since June 2008, The IP number 76.19.238.242 belong to Comcast internet service provider, has been hacking and invading the privacy and used the illegally intercepted information for persistent criminal activities. The reason as well as the organized criminal group involved along with Comcast, for all of the activities is explained in the "APPENDIX A" of this statement of facts. These criminal offenses are
    - Persistent 24 hour internet hacking for illegal access to the information such as eMail messages from account declan01@comcast.net and all web mails accessed through internet
    - Hijacking and accessing all the internet activities through the network including ATM/Credit card information

The illegal access to that information is used for organized criminal offenses. Those criminal offenses include but not limited to
    - Following anonymously from state to state using the illegally accessed trip plan
    - To take illegal private videos of me with my husband Declan R Moore, on my wedding night, when I travelled to Vermont and got married on 1/2/2009 in the four chimneys restaurant in Bennington, Vermont. There was one Hispanic stranger used by Michael H S Boyette to do this, who I identified suspicious based on the "course of conduct" common to the groups. The illegal video was taken most likely with the help of the housekeeping person misusing the rights to place a spy camera in the room we stayed. The room information and confirmation came in the email to my husband's email at declan01@comcast.net, which has been hacked 24 hours and illegally accessed for activities like this and much more. Pl. find a copy of the police report as well as the email copy attached.
    - After I moved into my husband's apartment in Jan 2009, after my wedding, this continued as before.
    - So my emails and my internet activities are also being hacked (actually the network is hacked. So everything through that connection is hacked ) which has been distributed to the whole organized criminal groups for the purpose of attacking my friends and family members in USA and in India to prevent them from helping me, for obstruction of justice, to plan their defensive mechanisms for this group(s)'s ongoing organized crime for the 24 hour criminal harassment on daily basis, by systematic destruction of all

aspects of my life and isolation by harassing my friends and family at the same time. These groups include the group harassed me at my workplace where I lost my job, and several different groups distributed across USA and in India coordinating the harassment all round. In June 2009, when I travelled to Pittsburg, I was followed by some strangers, arranged by the owner of the IP 76.19.238.242 and Michael H Estramonte's group in Massachusetts, as the travel plans are known through hacking.

- I have been followed to every single place by this group anonymously, by using the trip plan or ticket booking to movies etc., on daily basis
- The credit card numbers have been persistently stolen by hacking this internet connection
- As the information is being used by a organized criminal group not only to harass me but for many other criminal activities to attack others helping me, the south asian non profit organization "Daya" was set to fire because the social worker Meghna Goswami was helping me. This happened on July 4th 2009. All of these criminal and violence has relativity and continuity to the every day criminal harassment happening through the 24 hour illegal interception, phone tapping and illegal 24 hour surveillance combined with 24 hour internet hacking.
- Again in August 2009, when I travelled to Pittsburg, I was again followed to Pittsburg. When booking the ticket the page was hijacked and my last name wrongly populated, to cause problem in our important journey relating to obstruction of justice.
- Every single information, I searched on the internet to combat the 24 hour persistent criminal offenses of this organized criminal group are being illegally accessed to obstruct justice and to commit other crimes as mentioned above.
- All illegally accessed emails are being distributed to these criminal groups at several places in USA to commit other crimes attacking my friends, family members and all others who are trying to help me. The idea is to isolate. Isolation and systematic destruction of life.
- 24 hour cyber stalking with covert intrusive messages, other unlawful online activities like code injection, illegally accessing the information from the computer, illegally accessing the emails from the account declan01@comcast.net to delete the important evidence in the email.
- Illegal blocking of internet access, while I was trying to send important emails to people coming forward for helping me.
- Injecting malware to block webmail, to access offline data from computer
- As these are organized criminal groups comprising people with Indian ethnic origin, in order to "obstruct justice" and prevent any effort by the family members to help me, the moment I ask them for any help towards seeking a legal justice on any one of the members in the group, they retaliate attacking the family members in India through their paid network of local groups to attack them causing personal injury by damaging the property and water contamination family members children etc., This was done by Jawahar Karuppasamy when I requested a action towards investigation on Praveen

Amudala whose international stalking and harassment was known to some of my sister's coworkers who are parents of Praveen Amudala's contact. This effort was taken because these criminal groups always operate anonymously and continues without end and justice is impossible. All of these different Indian organized groups are linked by Michael S Boyette aka Michael H Estramonte, who pays for the entire network in different forms with the money earned in several ways and one of them is through stealing ATM/Credit card and financial fraud.

- As I was also harassed at my last workplace by a group of individuals in several different ways including cyber sexual harassment, who are also part of this group and coordinated the criminal activities, my communication with my employment attorney and several other steps have been used to manipulate the situation to cover the sexual acting out and other sexual harassment, which involved viewing the illegal private video illegally taken by Kay P Bui who is also part of the criminal group, through illegal entry into my room, between the period Oct 2008 when the land lady went out of town on vacation, immediately after filing a complaint with Quincy Police, when I stayed as a house mate at the multi family home located at 75 Bayfield Rd S, Quincy, MA – 02171. This action happened immediately after I made a decision to go for computer forensics on my work computer. The video was viewed by ex human resource staff Kimberly Rubens, employee of Dell Perot system Katherine M Carli coordinating with the subscriber of the IP and Michael S Boyette and Michael H Estramonte. The company is located at 1600 Crown Colony, Quincy, MA - 02169

- Financial fraud with persistent stealing of ATM card through hacking and hijacking. On 2/20/2010, My ATM card number was stolen and distributed to the criminal group in San Diego, CA and IN for fraudulent purchases. The police report number is 2010-2062. The amount was $1195. I was able to get the money back from the bank. However the harassment including stealing of sensitive information and financial fraud is a form of ongoing harassment. Similar financial fraud happened to my friend in MN when he was trying to help me to use his computer for booking my ticket to MA just before me moving to MA. Again that was also a collaborative criminal activity by the group. After filing police report I identified the IP number persistently involved in this prolonged criminal activities used by the criminal group, by requesting the IP number for my transaction from the merchants with who I transact online regularly. That was the IP 76.19.238.242, which belong to Comcast Service provider. The background of this financial fraud is "Obstruction of Justice" as this is an ongoing transnational crime since May 2007 with criminal groups in India attacking my friends and family to prevent them initiating any action on these groups for justice. This fraud happened immediately I was suggested to file a complaint to the organized crime division in India on the groups with several Indian citizens and non immigrant resident aliens, for the ongoing transnational organized crime making illegal money to force me into commercial sex by systematic destruction of all aspects of my life with 24 hour harassment.

- Upon identifying the service provider of the IP 76.19.238.242, I requested Comcast to provide the subscriber records with IP history. Comcast provided wrong information adding the hacker's IP into my IP history. When I mentioned Comcast about the error in the records, Comcast denied the error.
- I also would like to bring to the attention that the group used my ATM card for fraudulent purchases also used others card. This information was provided to me by the merchant I transacted with. There are also prior financial fraud incident by this group attacking one of my friend, who was helping me.
- Apart from the subscriber of the IP 76.19.238.242, Comcast and Michael S Boyette, others involved in this financial fraud as well as part of the criminal group, involved in prolonged persistent harassing me are 1) Sanjeev Agrawal in 10411 Se 174th St Apt 3436, Renton, WA 98055-5869, 2) Praveen Amudala in 51 WHITE PINE DR SCHAUMBURG, IL 60193, Schaumburg, IL, 3) Jawahar Karuppasamy in 105 KINGSLAKE DR APT B CINCINNATI, OH 45242. Jawahar Karuppasamy is a transnational leader for the multiple groups in India and part of the organized criminal group in USA. Sanjeev Agrawal was engaged in sexual harassment, computer hacking, sexual Harassment, and stalking forming a group at workplace at the last job I had. The motive was to take me out of job, cause financial damage and continue the 24 hour harassment. This fraud happened immediately after I spoke to a friend in India, to have a complaint filed with INTERPOL and organized crime division through a representing attorney in India. Sanjeev Agrawal, Praveen Amudala, Jawahar Karuppasamy are linked through Michael S Boyette who do not have a physical address in his name but always lives around my apartment forming a group around. These groups coordinate the criminal activities across USA and in India though 24 hour illegal oral wire interception, internet hacking, email, fax and telephone tapping distributing the illegally intercepted information among the several groups.
- The other people involved in this secret 24 hour harassment including hacking illegal internet surveillance combined with illegal oral wire interception, illegal video surveillance, stalking and mobbing around my house are Elisabet A Harshman, 28 Pinecrest Village, Hopkinton, MA 01748, the adult residents at 33 Pinrecrest Village, Hopkinton, MA, the residents at 13 Pinecrest village, Hopkinton, MA, residents at 16 Pinecrest Village, Hopkinton, MA (They accommodate frequent male guests who are part of this criminal group), Mathew Dewalele at 19 Pinecrest Village, Hopkinton, MA - 01748. All of these people work for the criminal group for profit to cover 24 hours round the clock criminal harassment and coordinate other criminal activities like illegal entry into home when away from home.
- Subsequently after finding out all the activities by the IP 76.19.238.242, starting 7/6/2010, IP 76.119.143.66 is used to hack my internet and continue all the above activities, which also belong to Comcast subscriber.
- Comcast only preserves the subscriber data for 180 days. The financial fraud happened on 2/20/2010. Also Comcast prefers all legal notices by fax. The Comcast legal service

department is in New Jersey. The address is Comcast custodian of records, 650 Centerton Rd, Moorestown, NJ-08057. Fax: 866-947-5587.

6. As several different groups used the illegally intercepted information through this 24 hour Privacy invasion, to commit several different crimes persistently, by this civil action lawsuit, I Request the judge

   1. To issue a search and seize warrant to Comcast Internet Service Provider, to reveal the true and complete details of the subscriber of IP 76.19.238.242 as of 2/20/2010, Including but not limited to details such as full name, address, service details, IP History, connection to internet account 8773102760061764, log on details and the activities of the IP 76.19.238.242 on email account Declan01@comcast.net, all client logs, connection history.

   2. To issue a search and seize warrant to Comcast Service Provider, to reveal the true and complete details of the subscriber 76.119.143.66 as of 7/6/2010, Including but not limited to details such as full name, address, service details, IP History, connection to internet account 8773102760061764, log on details and the activities of the IP 76.19.238.242 on email account Declan01@comcast.net, all client logs, connection history.

   3. To Issue a arrest warrant to the organized criminal groups consisting of the following people involved in financial fraud
      - Subscriber of the IP 76.19.238.242
      - Sanjeev Agrawal in Renton WA
      - Praveen Amudala in Schaumburg, IL
      - Jawahar Karuppasamy in Cincinnati OH.
      - I also request the judge to order FBI to search and arrest Michael S Boyette aka Michael H Estramonte, who does not have a physical address But lives hiding around 34 Pinecrest Village, Hopkinton, MA who is the Main person distributing the illegally intercepted information to all the People in the group and committing coordinated crimes.

   4. To issue a search and seize warrant
      - To audit the financial transaction to trace the money and assets being earned from Michael S Boyette aka Michael H Estramonte since May 2007, by Jawahar Karuppasamy residing at 10316 KINGSLAKE DR APT B CINCINNATI, OH 45242
      - To audit the money and assets gained by Jawahar Karuppasamy's groups and family in India. One of the main groups in India is the owner of the Priya Matriculation school owner in India having the school located next to 8D/6 Krishnapuram Colony, 5th Street, Madurai – 625014, Tamil Nadu, India. Jawahar Karuppasamy is sending money to his criminal groups in India for the criminal activities and ongoing harassment of my friends and family members in India. The details of the INTERPOL law enforcement liaison officer in CBI is ADGP – Mrs Archana Ramasundaram, Inspr. Genl.of Police, Crime, O/o the Addl. Director General of Police, Crime

family members in India. The details of the INTERPOL law enforcement liaison officer in CBI is ADGP – Mrs Archana Ramasundaram, Inspr. Genl.of Police, Crime, O/o the Addl. Director General of Police, Crime Branch CID, Block No.III, 1 Floor, SIDCO Electronics Complex, Industrial Estate, Guindy, Chennai – 600 032. Tamil Nadu, India. Along with the audit of money transactions, the call log and email communication between the groups in India to Jawahar also need to be audited ( I request the judge to order this considering all possible ways , as this is the most vital piece of evidence for the ongoing endless crime by this covert criminal groups and it is a matter of life and death situation, as many victims like me have committed suicide with no means for justice )

- To Issue a search and seize warrant to audit the money transactions of Sanjeev Agrawal residing at 10411 Se 174th St Apt 3436, Renton, WA 98055-5869 and Michael S Boyette aka Michael H Estramonte and other benefits and payments he got from him in different forms terms of apartment moving, his lease breaking etc.
- To Audit the money transactions of Praveen Amudala whose last known Address is 51 WHITE PINE DR SCHAUMBURG, IL 60193, Schaumburg, IL
- To audit the call log between these different people at different locations Using the illegally intercepted information to coordinate the criminal Activities
- To audit the money transactions of Katherine M Caril and Michael S Boyette aka Michael H Estramonte , other benefits like vacation trips,
- And other forms of money transactions
- To issue an arrest warrant to Katherine M Caril, Kimberly Rubens for viewing the illegally recorded private video and Kay P Bui for recording the private video. I know this may not be possible, but this is the only way that covert criminal harassment can be investigated. I also request to seize the private video to me to verify without the officer viewing it. These videos were taken constantly to manipulate the actual situation how I targeted. And This Michael S Boyette aka Michael H Estramonte use the groups and entities by giving money and other benefits to achieve his motives of defamation upon failure of his commercial sex motives, in order to hide his ongoing serial targeting of people like me and to hide his previous targets similar to me. The actual scenario was , Michael S Boyette aka Michael H Estramonte was doing the illegal oral wire interception and internet hacking even before I could find out that he was targeting me.

5. To search and seize all the illegally recorded private videos starting June 2007 till date by Jawahar Karuppasamy and his groups in India, The illegally recorded private videos by Michal S Boyette aka Michael H Estramonte and Kay P Bui

6. To issue a search warrant to seize all my hacked personal data as well as my friends and all others known to me, from the servers with IP Addresses 72.249.0.65, 72.249.128.105, 72.249.128.109
7. To order a relief of at least $600,000 dollar from Comcast Internet service Provider, for invading my privacy persistently and engaging in deceptive trade practices.
8. To order a relief of $3 million dollar from Dell Perot systems having head office at for the deceptive trade practices and the criminal offenses involving viewing my illegally recorded private video, if there was any luck in the search seize investigation.

9. To issue a motion to stop the harassment by the neighbor residents who are part of this group and have been engaged in the hacking ,mobbing combined with illegal oral wire interception, illegal video surveillance with recording by
    - Elisebet A Harsham, 28 Pinecrest Village, Hopkinton, MA – 01748
    - Residents at 33 Pinecrest Village, Hopkinton, MA – 01748
    - Residents at 16 Pinecrest Village, Hopkinton, MA – 01748
    - Michael Dewalele at 19 Pinecrest Village, Hopkinton, MA – 01748
    - Residents at 16 Pinecrest Village, Hopkinton, MA – 01748
    - Residents at 13 Pinecrest Village, Hopkinton, MA – 01748
    - Residents at 35 Pinecrest Village, Hopkinton, MA - 01748

Signature : *[signed]*
7/18/2010

Name: Vasuki Periyaswamy
Address: 34 Pinecrest Village
Hopkinton, MA – 01748
Telephone: 508-435-0093

APPENDIX A

I was targeted for commercial sex by this organized criminal group lead Michael S Boyette aka Michael H Estramonte in Mar 2007 in San Diego, CA. It continued to India through Jawahar Karuppasamy, another transnational criminal leader and thereafter to Houston, Texas, and then to MN and to MA from May 2008. All along illegal oral wire interception, cell phone tapping, internet hacking has been part of the 24 hour illegal surveillance combined with the 24 hour video and illegal private video recording, illegal entry into home, entering home and placing spy cameras, entering home and destroying personal property, entering home to steal evidence documents, 24 hour stalking and criminal harassment, etc., In each state a group was formed around me. Since May 2008, there is a group at the workplace where I had my last job. There are multiple groups in quincy around the apt and the room I rented in the family home. Apart from these groups there are groups distributed across the state to carry out the criminal activities, each group coordinating with other groups.

So as a continuation of this it has been happening in 34 Pinecrest Village, Hopkinton, MA - 01748. As how my friends and family are being attacked, My husband was also attacked anonymously. So his internet, phone tapping, illegal oral wire interception started from the very moment I started talking to him.

Background of some of the core people in the criminal group, before they were known to be part of the organized crime.

1. Jawahar Karuppasamy is a sex offender in India, not registered but known to people by his confessions during the mediation process. He was also arrested and served in jail for communal violence, which makes him not eligible for passport. He was arrested in Kovilpatti, Tamil Nadu, India.

2. Praveen Amudala is also a sexual predator engaged in Battery internet job fraud in the year 2004 and thereafter involved in several interstate stalking through his own regional network of sexual predators prior to this organized crime.

3. Michael S Boyette aka Michael H Estramonte started as a sexual predator organized criminal group leader, with Hispanic groups in May 2007.

All these 3 started growing their network with no boundaries each one in the network coordinating the crime.

Below is the harassment I am being subjected to:

Extremist/Gang/Political Terrorist harassment

"Terrorism is terrorism, no matter what the motive."

Personalized to my situation taking excepts from the definition by FBI Director Robert S. Mueller

Extremist/Gang/terrorist harassment is a form of **specialized covert criminal harassment in which several groups and entities aimed at accomplishing personal agenda persistently harass an individual victim in attacks of coordinated violence.** Typically deployed by extremist and hate groups, organized criminal harassers repeatedly carry out calculated, planned attacks upon a non-military target utilizing guerrilla type warfare tactics and paramilitary strategies. Methods of criminal harassment include unauthorized, constant surveillance, psychological harassment including threats of violence, and may culminate in physical assaults and even murder. Unlawful intrusions are relentlessly perpetrated in an attempt to do harm, infringe upon civil liberties, deprive the target of human rights, and destroy the life of the victim. These criminal groups rely heavily upon **forced stress, threats of violence, and cruel, inhuman treatment to terrorize the victim** in an attempt to circumvent laws which focus primarily on physical injury to the victim. However, findings in a March 2007 report published in one of Journal of American Medical Association Archives show that **distress and suffering related to "psychological manipulations do not appear to be substantially different from physical torture."**

even though the civil action lawsuit is on the privacy invasion by the subscriber of IP 76.19.238.242 , The details presented are to demonstrate the reason , the several groups used the information, and for the purposes they used, and how they coordinated to use the information between different groups to commit several different critical crimes on transnational level, apart from the 24 hour surveillance to "obstruct justice".
Because of the 24 hour illegal surveillance of all forms attacking every single person helping me, Every single time I try to take any action on one of the persons in the transnational criminal group, my efforts are thwarted and the whole group retaliates. And Michael S Boyette aka Michael H Estramonte being the primary person to distribute to several different groups, vanish the very moment I try to take action, and comes back when no action happens. As this group is a covert criminal group, this is how it has been continuing and this is a never ending crime.
I therefore request the judge not to dismiss the case but

To issue a all actions to the CBI, India to start the action of auditing the money and assets gained by Jawahar Karuppasamy and his groups in India as a starting point for this ongoing transnational crime. The reason is this could have stopped the moment I left to India in June 2007, if this has not been continued by Jawahar Karuppasamy, as part of this organized criminal group who formed the transnational groups in India.

Along with Jawahar Karuppasamy, Sanjeev Agrawal, Praveen Amudala are part of this organized criminal groups earning illegal money from Michael S Boyette aka Michael H Estramonte through this organized crime apart from their regular earnings from the job they Have as a immigrant aliens.

Each one in the group forms several groups upon identifying them as perpetrators and this organized criminal groups have been growing with corruption and bribery using many entities to "obstruct justice" for their commercial sex motives.